```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

JOHN HARRY STEELE, #284155,     *
                                *
    Plaintiff,                  *
                                *
vs.                             *   CIVIL ACTION NO. 20-00563-JB-B
                                *
KAYLA COONER, CLERK OF COURT    *
OF BIBB COUNTY, ALABAMA,        *
                                *
    Defendant.

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be transferred to the United States District Court for the Northern District of Alabama.

**DONE** and **ORDERED** this 22nd day of December, 2020.

                                    /s/ JEFFREY U. BEAVERSTOCK  
                                    UNITED STATES DISTRICT JUDGE